# EXHIBIT E

# MEETING MINUTES FOR
## [Miller Family Industries]

## I. MEETING DETAILS

Meeting Facilitator: Alan Miller
Secretary: Julia Hogan

Date: May 1, 2023
Time: 3:00pm EST

Location: Google Meet

## II. ATTENDEES.

Alan Miller
Abe Miller
Daneane Hogan
Gabriela Lavin
Julia Hogan
Wendy Peza
Chris Rives

## III. NEW BUSINESS.

- We are a conglomerate and Miller Family Industries is the main umbrella company
- Wendy and Chris have extensive history in the MCA industry
- Both worked for a top 5 lender but they ran into some issues and closed their doors
- They are looking to open their own business
- The idea is to let Chris, Wendy and their team run independently
- We are going to push $2M-$5M fresh capital every month
- Abe has worked up a fund
- In the beginning we will look at the grade A and A- paper
  - Then as opportunities open we will delve more into the B and B- paper
- There is no need for two HR managers
- Will keep a controller/CFO independent
  - Will need to see what company they work for
  - Wendy said the CFO they have in mind has a lot of experience in this specific industry
    - They can do weekly or monthly reports to our finance team
  - They are looking to hire Michael Renteria
- The name of the company is going to be Levo
  - There is no company under this name for the industry they are in
  - They have the freedom to grow the brand
- They will be an independent division of Miller Family Industries
- Wendy spoke with Alan and Gabbi about not hiring the admin in the beginning
  - Also about not hiring too many sales people
- The lending part will grow faster than the direct sales part
- A lot of the major players in the industry are taking a hit
  - The cost of money has skyrocketed



- - - All of the major players that are tied to large equity lines to the banks are eating it on their margins
    - There is a consolidation on the front end of the pipeline where lead sources are consolidating and driving up their prices
- Employees
  - Chris, Jenny (attorney), Wendy, Carrie (underwriter), Michael (CFO), John, Merrit, Sarah, Tyler and Jeff
    - Jenny will need to collaborate with our legal department
    - Michael will be trained by our team
    - The direct salespeople they would like to hire are Foreman, Owen, and Brock
- We have a good collections department so we will keep this in house
- Will start deploying $2M a month until things ramp up
  - After the initial 30 days Wendy believes $2.5M would be good
  - Should be able to get to $5M relatively quickly
  - We can control our growth rate by how many ISOs we bring on board
- Wendy and Chris are not employees
  - They will have a percentage of ownership
  - They will sign noncompete
- Alan and Abe willing to deploy $100M to start
- When we pass the $100M there are investors willing to invest
- Once we cross the $60M dollar line, we are talking about deploying $15M-$16M a month
- It took Wendy and Chris 4 years to reach the $100M line with Reliant
  - That was with doing some things incorrectly
  - They were restricted in terms of cash flow
- In the first year they can probably do about $50M with just fresh cash
- They will get 4% ownership with a bonus structure as we go
- They are open to a clause to add in another point or two in ownership if they exceed expectations
  - Could also be cash
  - Wendy and Chris will discuss this
- Their percentage will be owned by an LLC
  - Alan wants full disclosure
- Jenny is working on the MOU
  - Will get it to Alan and Abe by the end of the week
- Chris and Alan will get together in New York Monday

Minutes submitted by: _____ Print Name: _____

Approved by: _____ Print Name: _____