# EXHIBIT F

**From:** Christopher Ives
**To:** ajm@mfamilyindustries.com
**Subject:** Re: Follow-up Conversation

Alan,

We can agree to the start of 5% equity and the additional 1.25% as we grow. The salary adjustments  I believe the only thing left would be the proper adjustment of the starting salaries of the executives to be in line with industry given the investment size and growth potential. We lowered them with expectation of a higher percentage. This will not be anything egregious, and will still be within the original budget shared with you and your team. We can easily finalize salaries in the employment contracts.

I am responding only to you at this time to make sure you and I are on the same page before announcing to the teams we are agreed.. Unless I am mistaken, I feel we are crossing the finish line.

I will be in NY this weekend and Monday, and am excited to finally connect in person. My cell number is 480-221-6552, please feel free to reach out.

I look forward to hearing from you.

Thank you.

On Fri, May 5, 2023 at 12:44 PM Alan Miller <ajm@mfamilyindustries.com> wrote:
> Chris & Wendy,
>
>     I am receipt of you current communications
> and I wanted to share my enthusiasm with you. I agree that united we will have unlimited potential to grow our loan company into a formidable powerhouse offering not only the current loan offerings but other loan products that will complement each other. I believe we are aligned in the same values and have a shared understanding on the growth and a five to 7 year exit strategy. We clearly have confidence in your team's ability. We will bring our corporate strength (and eventually additional investment funds) to help the continued growth appetite.
>
>     We have spent the better part of the morning reviewing your counter proposal and have been unable to reach your desired request. We will however offer the following;
> We would raise your three salaries 10% after the first seven months and an additional 5% after the passing of the first 15 months. Additionally, we will add an additional 1/4 of a point profit/ownership after the first eighteen month cycle is completed. Please be mindful that we will be offering other loan tracks allowing us to deploy more capital and in return see additional 2-3 times more profit then our current projections (this will however take several months to establish but in my opinion all part of the grand plan).
>
>     This is truly our final offer and I look forward to a long and prosperous relationship.
>
>
> Warmest regards!

Alan Miller
917.355.5929

On May 5, 2023, at 3:09 PM, Julia Hogan <jhogan@mfamilyindustries.com>
wrote:

---------- Forwarded message ---------
From: **Wendy Peza** <wendypeza@gmail.com>
Date: Thu, May 4, 2023 at 5:05 PM
Subject: Re: Follow-up Conversation
To: Julia Hogan <jhogan@mfamilyindustries.com>
CC: crives@gmail.com <crives@gmail.com>, Alan Miller
<ajm@mfamilyindustries.com>, Abe Miller
<abe.miller@mfamilyindustries.com>

Hey all,

Apologies on the delay - our team is very excited and we've already begun
conversations with partners (without details, of course), to get them excited and
on board. Christopher has been in those meetings this morning, so again, our
apologies for the wait.

We agree to the 5% equity to start with and an equity bonus once your initial
capital has been returned - we ran the numbers and the time frame is very
similar to our original request of getting the bonus when we deploy a certain
amount. However, we ask for the bonus to be 2%, totaling 7%, after your
original capital investment returns - we are anticipating this to be in about 18 -
24 months from launch. Of course, in the meantime we would not be getting
dividends, so we ask for a salary increase for the first year, to match our
historical rates. After the first year, we will reconsider our base pay as we'll be
getting a share of the profit and it is reasonable for us to reduce the base. We
also kindly request for the possibility for us to buy more equity down the line.
We realize that the value of the company will increase exponentially and are
hoping that given the sweat equity we will be putting in to build it, to purchase
equity at the current valuation.

We know the immense opportunity that we all have here and are confident that
together we will build one of the biggest lenders in our space.

Provided that all of the above works for your team, we'd like to move forward right away. In the meantime, I will check with Jenny on the MOU - she should have it ready.

Thank you again,

On Thu, May 4, 2023 at 1:57 PM Julia Hogan <jhogan@mfamilyindustries.com> wrote:
> Hello,
> Alan received your email last night and would like a status update.  Also, he is waiting on the MOU to be sent over.
> Thank you



photo

**Julia Hogan**
**Executive Assistant to the International Director of Operations and Special Project Liaison, Miller Family Industries**

Office 212-220-1616 Ext 4007  |  Mobile 215-237-5139

www.Millerfamilyindustries.com  |  jhogan@mfamilyindustries.com

HQ: 1 N Johnston Avenue Suite D-304 Hamilton, NJ 08610

Finance Office: 400 Boulevard of the Americas Suite 301A Lakewood, NJ 08701

"A family of forward thinkers"

App Banner Image

Create your own email signature

On Wed, May 3, 2023 at 7:29 PM Wendy Peza <wendypeza@gmail.com> wrote:

Hey all,

We just had a meeting - our team is very excited - I think we are very close!

Christopher will send over the updated terms first thing in the morning tomorrow. We should have the MOU by then as well.

Thank you again and looking forward to getting this started.

Best,

On Wed, May 3, 2023 at 1:53 PM Wendy Peza <wendypeza@gmail.com> wrote:

Hi all,

We just received this and are looking over now!

Thank you for the timely response and consideration - we'll get together internally and get back to you shortly.

Best Regards,
Wendy

On Wed, May 3, 2023 at 12:48 PM Julia Hogan <jhogan@mfamilyindustries.com> wrote:

May 3, 2023

From: The office of Alan Miller -


Dear Chris & Wendy,

Thank you, for taking the time to speak with the team and I. We hope that we will be able to move at a positive and productive pace, in the latter part of our conversation we discussed your counter offer. We understand what you and your team bring as far as opportunity, profitability and time saving measures. We are confident of our original offer at 4% of profits. Given the opportunity that we are providing to you and your team including; generous salaries and the ability to continue operations locally have been more than amicable, fair and very generous. Our intent is to deploy of our own capital between sixty to one-hundred million dollars allowing us to reach our desired goal of two to five million **fresh** investment capital per month. This amount together with your industry know-how & technique would allow us to compound growing exponentially further. However, in the interest of making a deal and demonstrating our trust in your abilities we will counter your offer as follows. We are willing to start with a shared profit amount of 5% as of day one of operations and move to a 6% after our original capital has been returned (assuming somewhere between eighteen and twenty-four months). We will do our best to implement a bi-annual distributions (we understand the first small distributions won't be before the first twelve to fifteen months). You and your team are our preferred option for acquisition but we are actively looking at other options. I hope you take the time to evaluate and appreciate your opportunity in partnering with us the value we bring to you and your team in building a home within our organization. I believe together with both our strengths we can quickly ascend to one of the largest prime lenders within the cash advance space.



**Julia Hogan**
**Executive Assistant to the International Director of Operations**
**and Special Project Liaison, Miller Family Industries**

photo

Office 212-220-1616 Ext 4007  |  Mobile 215-237-5139

www.Millerfamilyindustries.com  |  jhogan@mfamilyindustries.com

HQ: 1 N Johnston Avenue Suite D-304 Hamilton, NJ 08610

Finance Office: 400 Boulevard of the Americas Suite 301A Lakewood, NJ 08701

"A family of forward thinkers"



App Banner Image

Create your own email signature

--

photo

**Julia Hogan**
**Executive Assistant to the International Director of Operations and**
**Special Project Liaison, Miller Family Industries**

Office 212-220-1616 Ext 4007  |  Mobile 215-237-5139

www.Millerfamilyindustries.com  |  jhogan@mfamilyindustries.com

HQ: 1 N Johnston Avenue Suite D-304 Hamilton, NJ 08610

Finance Office: 400 Boulevard of the Americas Suite 301A Lakewood, NJ 08701

"A family of forward thinkers"

App Banner Image



Create your own email signature

