UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MILLER FAMILY INDUSTRIES, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CHRISTOPHER IVES, <br><br> Defendant. | No. 1:25-cv-02923-LJL |

---

### DECLARATION OF MICHAEL S. MARRON, ESQ.

I, Michael S. Marron, Esq., declare as follows:

1. I am a member of the bar of this Court and a partner at the law firm of Patrick Doerr PLLC, counsel to Defendant Christopher Ives. I submit this declaration in support of Defendant's Motion to Dismiss and for Fees and Costs.

2. On April 11, 2025, on behalf of Defendant Christopher Ives, I sent a letter via email, pursuant to the safe harbor provisions of Fed. R. Civ. P. 11, to counsel for Plaintiff Miller Family Industries, Inc., Ms. Afiyfa H. Ellington, Esq. Attached hereto as Exhibit 1 is a true and correct copy of this Letter from Michael S. Marron, Esq., to Ms. Afiyfa H. Ellington, Esq. (Apr. 11, 2025), and including the exhibits thereto.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 16, 2025

/s/ *Michael S. Marron*
Michael S. Marron, Esq.