```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MILLER FAMILY INDUSTRIES, INC.,                                   :
                                                                  :
                         Plaintiff,                               :
          -v-                                                     :   25-cv-02923 (LJL)
                                                                  :
CHRISTOPHER IVES,                                                 :   ORDER
                         Defendant.                               :
                                                                  :
------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 7/7/2025

LEWIS J. LIMAN, United States District Judge:

The Court has provided notice that it intends to treat Defendant's motion as one pursuant to 28 U.S.C. 1404(a). Neither party has objected, but Plaintiff seeks leave to submit an affidavit addressing the Section 1404(a) factors. Dkt. No. 26 at 1. Without prejudging the relevance or merits of such declaration, Plaintiff is granted leave to submit an affidavit in response to the Defendant's motion pursuant to 28 U.S.C. 1404(a). Plaintiff is also granted leave to file a supplemental brief no longer than ten double-spaced pages if it so desires. Such affidavit and response are due July 14, 2025. Any reply, which shall be no more than ten double-spaced pages, is due July 17, 2025.

SO ORDERED.

Dated: July 7, 2025  
      New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge